## SEARS v. TUBBS.

On appeal from a justice of the peace, it is error to render judgment against the defendant, unless the transcript or some paper on file in the case, shows the amount and nature of plaintiff's demand.

A petition is not necessary before a justice of the peace; but if the suit is upon a note or account, it should be filed with the justice.

The transcript from a justice of the peace, should contain a brief statement of the plaintiff's demand.

*Appeal from Jackson District Court.*

*Opinion by* GREENE, J.   Suit commenced before a justice of the peace, by S. D. Tubbs, against D. Sears.   Plaintiff recovered judgment.   Defendant appealed, and judgment was rendered against him in the district court.

It is objected that the judgment of the district court is erroneous; because there is no paper on file in the case, and no statement in the transcript of the justice showing the nature and amount of plaintiff's demand.   This objection appears to be well founded.   There is nothing in the case to show the plaintiff's cause of action; nothing to show whether it is a note or an account; nothing even to show whether the action is in form *ex contractu* or *ex delicto*. Although a petition is not necessary, before a justice, still, if the suit is upon a note or an account, it should be filed with the justice, to show the nature and amount of the plaintiff's demand.   The docket and transcript of the justice should also contain a brief statement of such demand; Code, § 2269.

As there is nothing in the record to show what matter was adjudicated, the judgment in this case could not be pleaded in bar to any other action.   Should the plaintiff

*27

commence another suit on the same cause of action, a record so general, vague and uncertain as this, could not preclude his recovery.

Judgment reversed.

*Smith, McKinlay,* and *Poor,* for appellant.

*J. B. Booth,* for appellee.